No. 05–5421. STONE v. PAMOJA HOUSE ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–5422. LEATCH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5423. GARDNER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 05–5424. TROTTER v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 05–5425. DAVIS v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 05–5426. CONTRERAS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–5427. HASTINGS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 05–5428. SMITH v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 05–5431. WITHRON-ALVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5432. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5433. BRANSON v. GAY, WARDEN. Ct. App. Ariz. Certiorari denied.

No. 05–5434. BUMPUS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5436. AYALA-PIZARRO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–5437. RAHEMAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–5438. FRANCIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.